# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.

_____

No. 3D20-1103
Lower Tribunal No. 20-322
_____

## Citizens Property Insurance Corporation,
Appellant,

vs.

## Carlyle Towers Inc.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Veronica A. Diaz, Judge.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellant.

Kula & Associates, P.A., and Elliot B. Kula, W. Aaron Daniel, and William D. Mueller; Ramon, Rodriguez & Blanco-Herrera, LLP, and Daniel J. Rodriguez, for appellee.

Before FERNANDEZ, LOGUE, and LOBREE, JJ.

ON CONFESSION OF ERROR

PER CURIAM.

In this first-party insurance dispute over property damage, Citizens Property Insurance Corporation appeals the trial court's order granting Carlyle Towers, Inc.'s motion for stay and to compel appraisal. Based upon Appellee's commendable confession of error and a review of the subject insurance policy, we reverse and remand for further proceedings. See Citizens Prop. Ins. Corp. v. Zunjic, 126 So. 3d 355, 356 (Fla. 3d DCA 2013); Citizens Prop. Ins. Corp. v. Casar, 104 So. 3d 384, 385 (Fla. 3d DCA 2013).

Reversed and remanded.